

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NOS. AP-75,883 & AP-75,884 & AP-75,885

### EX PARTE GEORGE DANIEL GRANT Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 93-41138, 93-41533 & 98-01839
### IN CRIMINAL DISTRICT COURT NO. 3
### FROM DALLAS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault of a child and one count of indecency with a child. He was sentenced to imprisonment for two terms of forty years and one term of twenty years. The Fifth Court of Appeals dismissed his appeals. *Grant v. State*, Nos. 05-05-00920-CR, 05-05-00921-CR, 05-05-00922-CR (Tex. App.–Dallas, delivered July 21, 2005, pet. ref'd).

Applicant contends, among other things, that he was denied his right to appeal because his waivers of appeal at his adjudication of guilt proceeding were involuntary. We remanded these applications to the trial court for findings of fact and conclusions of law. On remand, the trial court recommended that we grant. We agree. Accordingly, the trial court shall certify Applicant's right to appeal his sentences in cause numbers 93-41138, 93-41533 and 98-01839 in Criminal District Court No. 3 from Dallas County. Applicant's remaining claims are dismissed. *Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: April 2, 2008
Do Not Publish